UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORVILLE KENLOCK,

                Plaintiff,                                      20 **CIVIL** 3693 (NSR)

      -against-                                                **JUDGMENT**

ORANGE COUNTY, NEW YORK, *a municipal entity*, SHERIFF CARL E. DUBOIS*, in his individual and official capacities*, COLONEL ANTHONY M. MELE, *in his individual and official capacities*, C.O. BLOISE, *Shield #360, in his individual and official capacities*, SERGEANT K. KISZKA, *Shield #134, in his individual and official capacities*, LIEUTENANT J. POTTER*, in his individual and official capacities*, and ORANGE COUNTY CORRECTIONAL LINE AND COMMAND JOHN DOE OFFICERS, *in their individual and official capacities*

                                  Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated September 30, 2022, the Court GRANTS Defendants' motion to dismiss (ECF No. 48) and DISMISSES Plaintiff's Second Amended Complaint with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
           September 30, 2022

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                         **BY:**

                                                                        **Deputy Clerk**